# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 375 MAL 2016

                Respondent    :

                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court
           v.    :

BARRY R. BUCHTER,    :

                Petitioner    :

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal and the Application for Remand for Evidentiary Hearing are **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.